IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **GARY BYRNE,** *et al.* | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO. 21-3199** |
| | : | |
| **SPRINGFIELD SCHOOL DISTRICT,** *et al.* | : | |
| | : | |

# ORDER

**AND NOW**, this 14th day of October 2021, upon considering Defendants' Motion to dismiss (ECF Doc. No. 7), Plaintiffs' Opposition (ECF Doc. No. 9), and for reasons in the accompanying Memorandum, it is **ORDERED** Defendants' Motion (ECF Doc. No. 7) is **GRANTED** without prejudice to Plaintiffs filing an amended Complaint in this Court no later than **October 29, 2021** if they can state a claim within our subject matter jurisdiction.

_____
**KEARNEY, J.**